IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| MICHAEL LAMERE, | ) ) | Case No.:  CV 22-23-H-BMM-JTJ |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE |
| OFFICER BLANCO; OFFICER KINKAIDE; OFFICER ALBRIGHT; LIEUTENANT GRUBB; CORPORAL MILLER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On July 26, 2023, Defendants, through their counsel, filed an Unopposed Motion to Dismiss with Prejudice in this matter.

Accordingly, IT IS ORDERED:

Defendants' motion to dismiss this case with prejudice is GRANTED.

DATED this 27th day of July 2023.

_____
Brian Morris, Chief District Judge
United States District Court